KATHARINE A. KINSELLA, as Executrix of EDWARD A. KINSELLA, Deceased, Suing on Behalf of Herself and All Other Stockholders of FRONTIER PRESS COMPANY Similarly Situated, Respondent, v. HARVEY C. GOFF et al., Appellants.— Order modified in accordance with the memorandum and as modified affirmed, with $10 costs and disbursements to the respondent. Memorandum: We agree with the decision of the Special Term denying defendants' motion to dismiss the amended complaint under rule 106 of the Rules of Civil Practice. We do not, however, agree with the statement made by the court in its memorandum that the sufficiency of the amended complaint had been previously sustained by another justice. Ordinarily a court will not inquire into the sufficiency of a pleading in the absence of a motion addressed to the pleading (*Ponticello* v. *Prudential Ins. Co. of America*, 281 App. Div. 549). The parties agree that no motion to test the sufficiency of the amended complaint had ever been made prior to the instant motion under rule 106. That part of the order of the Special Term which denied the motion under rule 103 of the Rules of Civil Practice to strike out paragraphs of the amended complaint set forth in the moving papers, should be modified by striking paragraph Tenth therefrom, upon the ground that the allegations therein are wholly irrelevant. All concur. (Appeal from an order denying defendants' motion to dismiss plaintiff's amended complaint in a stockholder's action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

FREDERICK MARKHAM et al., Appellants, v. LILLIAN MARKHAM, Respondent, et al., Defendant.— Judgment affirmed, without costs of this appeal to any party. (See *McQuaide* v. *Perot*, 223 N. Y. 75.) All concur. (Appeal from a judgment dismissing the complaint in an action for a declaratory judgment compelling an accounting.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

WILLARD PFEIFFER, Appellant, v. FELIX MAZUR et al., Respondents.— Judgments affirmed, with costs. All concur. (Appeal from two judgments dismissing the complaint as to the respective defendants in an action to recover the value of a heifer alleged to have been negligently struck by an automobile owned and operated by defendant Mazur, it being alleged that the animal strayed onto the highway by reason of defendant Bray's negligently permitting a fence to remain open.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

DONALD V. MURPHY et al., Appellants, v. WESTCHESTER FIRE INSURANCE COMPANY, Respondent.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment dismissing plaintiff's complaint in an action under an extended coverage rider on a fire insurance policy.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.